

# THE ATTORNEY GENERAL

## OF TEXAS

Gerald C. Mann

~~XXXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

March 14, 1939

Mr. J. A. Amis, Jr.
County Attorney
Emory, Texas

Dear Sir:

Opinion No. O-467

Re: Is school district which
does not have 20 original
scholastics but does have
20 scholastics by virtue
of transfers made entitled
to State aid?

This will acknowledge receipt of your letter of March
9, 1939, wherein you request an opinion as set out in your letter
as follows:

"A common school district in Rains County has
a scholastic population of twenty which includes trans-
fers from other districts and transfer of white scholastics
from a negro district. If there transfers were not counted,
the said school district would not have twenty original
scholastics.

"This particular school district has complied with
all the requisites for State aid, but State aid is being
withheld on the ground that the twenty scholastics the
district has are not 'original' scholastics.

"Public School Laws of Texas 1938

"Under Chapter Nineteen-C Equalization Fund, Sec-
tion 2 provides:

"State aid under the provisions of this Act shall
be distributed in such a way as to assist all school
districts of not fewer than twenty (20) scholastics,
etc.

"Section 4 provides: State aid under provisions of
this Act shall be allotted upon the basis of one teacher
for any number of scholastics from twenty (20) to thirty-
five (35) . . .'"

"Is said school district entitled to State aid notwithstanding the fact it does not have twenty 'original' scholastics, but does have twenty scholastics?"

In reply to the above question, we wish to advise that Section 2 of the "Rural Aid Law" provides:

"State aid under the provisions of this Act shall be distributed in such a way as to assist all school districts of not fewer than twenty (20) scholastics . . ."

Section 4 of the "Rural Aid Law" provides:

"State aid under provisions of this Act shall be allotted upon the basis of one teacher for any number of scholastics from twenty (20) to thirty-five (35) and one (1) additional teacher for each additional thirty (30) scholastics,. . ."

Said Section further provides:

"The basis for calculation shall be the net scholastic enumeration of white or colored race, as the case may be, including the transfers into the district,. . ."

We are of the opinion that if a school district meets all of the other requirements as provided by the "Rural Aid Law", and at the time has twenty (20) scholastics, including those transferred in and those enumerated in the district, it is entitled to rural aid.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Geo. S. Berry
Assistant

GSB:N

APPROVED
Gerald C. Mann
ATTORNEY GENERAL OF TEXAS